### Jonathan A. LUSK, Claimant–Appellant,

v.

### R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 05–7185.

United States Court of Appeals, Federal Circuit.

April 5, 2006.

Before RADER, BRYSON, and GAJARSA, Circuit Judges.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.